IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY KANE CAMPBELL,<br><br>    Plaintiff,<br><br>    vs.<br><br>BARACK OBAMA, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:10-cv-02151 JLT (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that within forty-five (45) days of the date of service of this order, plaintiff shall either: (1) pay the $350.00 filing fee for this action; or (2) submit the attached application to proceed *in forma pauperis,* competed and signed, along with a certified copy of his/her prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff is advised that requests for extensions of time will not be granted without a showing of good cause. **Failure to comply with this order will result in the dismissal of this action.**

IT IS SO ORDERED.

Dated:   **November 23, 2010**                                   /s/ Jennifer L. Thurston
                                                                                  UNITED STATES MAGISTRATE JUDGE